

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:12CR-038 |
| | : | |
| | : | JUDGE J. BARRETT |
| | : | |
| | : | INDICTMENT |
| | : | 18 U.S.C. § 2 |
| v. | : | 18 U.S.C. § 922(a)(1)(A) |
| | : | 18 U.S.C. § 922(o)(1) |
| | : | 18 U.S.C. § 923(a) |
| | : | 18 U.S.C. § 924(a)(1)(D) |
| STAN SHOR | : | 18 U.S.C. § 924(a)(2) |
| | : | 18 U.S.C. § 924(d) |
| | : | 28 U.S.C. § 2461(c) |
| | : | |

------------------------------------------------------------

THE GRAND JURY CHARGES THAT:

### COUNT 1

Beginning on or about May 15, 2010, and continuing through August 11, 2011, as a continuing course of conduct, in the Southern District of Ohio, the defendant, **STAN SHOR,** not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, to wit did sell the following firearms on the dates listed:

| Date | Manufacturer | Model | Caliber | Serial # | Rounds if ammo. |
|---|---|---|---|---|---|
| 5/15/10 | Smith and Wesson | 940 | 9mm | BKE3401 | |
| 7/17/10 | Taurus | Millennium PT140 Pro | .40 | SBV60923 | |
| 7/22/10 | Glock | 27 | .40 | MVW238 | |
| 10/2/10 | FIE | Titan | .25 | D831875 | |
| 10/2/10 | Winchester | N/A | .25 | N/A | Box of 50 |
| 12/18/10 | FN Herstal | Five-Seven | 5.7mm | 386161411 | |
| 8/10/11 | Glock | 27 | .40 | CBF186US | |
| 8/10/11 | Beretta Pietro SPA | 9000S | 9mm | SZ021882 | |
| 8/10/11 | Smith and Wesson | SW9VE | 9mm | DTD1859 | |
| 8/10/11 | Bulgaria | Unknown | 7.62mm | None | |
| 8/10/11 | Colt **Machinegun** | M4 | 2.23mm | None | |
| 8/10/11 | Smith and Wesson | N/A | .40 | N/A | 16 rounds |

for a total of $5,403.00.

**In violation of 18 U.S.C. §§ 922(a)(1)(A), 924(a)(1)(D), 922(o)(1), 924(a)(2), 923(a) and 2.**

## COUNT 2

On or about August 11, 2011, in the Southern District of Ohio, the defendant, **STAN SHOR** did knowingly transfer a machine gun, to wit: a Colt Model M4, 2.23 caliber rifle which is by definition a machine gun, no serial number, as part of a firearms transaction involving five firearms for a total of $3,000.00.

**In violation of 18 U.S.C. §§ 922(0)(1), 924 (a)(2) and 2.**

2

## COUNT 3

On or about October 13, 2011, in the Southern District of Ohio, the defendant, **STAN SHOR** did knowingly possess a machine gun, to wit: a Sten, no model, 9mm caliber rifle which is by definition a machine gun, no serial number.

**In violation of 18 U.S.C. §§ 922(0)(1), 924 (a)(2) and 2.**

## COUNT 4

On or about October 13, 2011, in the Southern District of Ohio, the defendant, **STAN SHOR** did knowingly possess a machine gun, to wit: a receiver and frame for converting a weapon into a machine gun, model unknown, caliber unknown, serial number unknown, which is by definition a machine gun.

**In violation of 18 U.S.C. §§ 922(0)(1), 924 (a)(2) and 2.**

## FORFEITURE ALLEGATION

Upon conviction of the offenses set forth in Counts 1 through 9 of this Indictment, the defendant, **STAN SHOR**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offenses, including, but not limited to: Smith and Wesson Model 940, 9mm caliber five-shot hammerless revolver, serial number BKE3401; Taurus Model Millennium PT 140 Pro, .40 caliber semi-automatic pistol, serial number SBV60923; Glock Model 27, .40 caliber semi-automatic pistol,

serial number MVW238; FIE Model Titan, .25 caliber semi-automatic pistol, serial number D831875 with a box of .25 caliber ammunition; FN Herstal Model Five-Seven, 5.7mm caliber semi-automatic pistol, serial number 386161411; Glock Model 27, .40 caliber semi-automatic pistol, serial number CBF186US; 16 rounds Smith & Wesson .40 caliber ammunition sold by Defendant; 2 Glock magazines sold by Defendant; 1 10-round magazine and 1 12-round magazine sold by Defendant; 1 16-round Smith & Wesson magazine and 1 15-round Smith & Wesson magazine sold by Defendant; 2 plastic and 1 metal banana style magazines sold by Defendant; 4 5.56X45 caliber 30-round magazines and flash suppressor sold by Defendant; a Beretta Pietro S.P.A, model 9000S, 9mm caliber semi-automatic pistol, serial number SZ021882; a Smith & Wesson Model SW9VE, 9mm caliber semi-automatic pistol, serial number DTD1859; a Bulgaria model unknown, 7.62 caliber rifle, no serial number; a Colt Model M4, 2.23 caliber rifle which is by definition a machinegun, no serial number; Sten, no model, 9mm caliber machinegun, no serial number; receiver and frame for converting a weapon into a machinegun, model unknown, caliber unknown, serial number unknown; Taurus Model PT111, 9mm caliber semi-automatic pistol, serial number TSH07625 seized from Defendant's apartment; 10 rounds of Winchester-Western 9mm caliber ammunition seized from Defendant's apartment; Colt Model MKIV, .45 caliber semi-automatic pistol, serial number SS41394 seized from Defendant's apartment; Glock Model 19, 9mm caliber semi-automatic pistol, serial number MFR925 seized from Defendant's apartment; Colt Model 2000, 9mm caliber semi-automatic pistol, serial number PF20784 seized from Defendant's apartment; Century Arms International Model M70AB2 rifle, 7.62 caliber, serial number M70AB08341 seized from Defendant's apartment; 25 rounds of Winchester-Western ammunition, 7.62 caliber seized from Defendant's apartment; Izhmash (Imez) Model Saiga shotgun, 12 gauge caliber, serial number H08445985

seized from Defendant's apartment; M-16 lower receiver part set, moe grip, buffer spring, butt stock seized from Defendant's apartment; Nodak Spud LLC Model NDS-2SF rifle, 5.45 caliber, serial number K000468 seized from Defendant's apartment; Kahr Arms-Auto Ordnance Model P380, .380 caliber semi-automatic pistol, serial number RA9043 seized from Defendant's apartment; Arsenal Co. Bulgaria Model SLR-106UR rifle, 5.56 caliber, serial number IN460521 seized from Defendant's apartment; miscellaneous firearms parts and accessories seized from Defendant's apartment; firearms bolt assembly seized from Defendant's apartment; Remington Arms Company Model 870 Tactical Desert shotgun, 12 gauge caliber, serial number AB917661M seized from Defendant's apartment; Ruger Model Mini 14 rifle, 2.23 caliber, serial number 18330548 seized from Defendant's apartment; Colt Model Anaconda, .44 caliber revolver, serial number MM00363 seized from Defendant's apartment; Colt Model AR15, 2.23 rifle, serial number SP113743 seized from Defendant's apartment; 7 rounds of Aguila .45 caliber ammunition seized from Defendant's apartment; 1 15-round Glock 9mm caliber magazine seized from Defendant's apartment; 1 13-round Colt 9mm caliber magazine seized from Defendant's apartment; 1 Kahr .380 caliber magazine seized from Defendant's apartment.

**A TRUE BILL,**

_S/_

**GRAND JURY FOREPERSON**

**CARTER STEWART
UNITED STATES ATTORNEY**

**ANTHONY SPRINGER
CINCINNATI BRANCH CHIEF**